| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nancy G Wade a/k/a Gail Wade, a/k/a Nancy G Wade, f/k/a Gail F Wade, a/k/a Nancy F Wade, a/k/a Nancy Wade |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Arkansas |
| Case number | 4:19-bk-12241 |

# Official Form 410S1
# Notice of Mortgage Payment Change               12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Gateway Mortgage Group, A division of Gateway First Bank

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: XXXX4973

**Date of payment change:** Must be at least 21 days after the date of this notice — 06/01/2022

**New total payment:** Principal, interest, and escrow, if any — $585.03

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $106.73     New escrow payment: $104.16

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____     New interest rate: _____

   Current principal and interest payment _____     New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Nancy G Wade | Case Number (if known) | 4:19-bk-12241 |
|---|---|---|---|

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron*　　　　　　　　　　　　　　　　Date　04/18/2022
Signature

Print: Kate Lachowsky-Khan, Heather Martin-Herron, Joel W. Giddens. Alexandra Bradley, & Luke H. Neder　　Title　Attorneys

Company: Wilson & Associates, PLLC

Address: 400 West Capitol Avenue
Suite 1400
Little Rock, AR 72201

Contact phone　(501) 219-9388　　　Email　klachowsky | hmartin-herron | jgiddens | abradley | lneder@thewilsonlawfirm.com

### CERTIFICATE OF SERVICE

On April 18, 2022, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Clinton Wade Lancaster
Attorney at Law
P.O. Box 34407 Pmb 26248
Little Rock, AR 72203-4407

Joyce Bradley Babin
Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

and served via U.S. mail upon:

Nancy G Wade
Debtor
16 Dark Forest Place
Benton, AR 72019

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Heather Martin-Herron
　　　　　　　　　　　　　　　　　　　　　　　　　　Heather Martin-Herron (2011136)
　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn Lachowsky-Khan (2012039)
　　　　　　　　　　　　　　　　　　　　　　　　　　Joel W. Giddens (2018203)
　　　　　　　　　　　　　　　　　　　　　　　　　　Alexandra Bradley (TN034703)
W&A No. 339221　　　　　　　　　　　　　　　　　　Luke H. Neder (TN028444)

Official Form 410S1　　　　　　　Notice of Mortgage Payment Change　　　　　　　Page 2

WA



ADDRESS SERVICE REQUESTED

PO Box 101584
Nashville TN 37224

**DO NOT SEND PAYMENTS OR
CORRESPONDENCE TO THIS ADDRESS.**

NANCY GAIL WADE
16 DARKFOREST PLACE
BENTON             AR 72019

**YOUR MORTGAGE PAYMENT MAY BE CHANGING**

| | |
|---|---|
| Loan Number: | |
| Escrow Statement Date: | 03/30/22 |
| New Payment Effective Date: | 06/01/22 |
| New Monthly Payment: | $585.03 |
| For Property Located At: | |

16 DARKFOREST PLACE
BENTON, AR 72019-0000

## CONTACT US

▶ **Contact us Online:**

www.GatewayFirst.com

▶ **Customer Service:**

877.764.9319

▶ **Mail your payment:**

P.O. Box 21044
Tulsa, OK 74121

# Annual Escrow Account Disclosure Statement

| Your Current Payment... | |
|---|---|
| **Old Monthly Payment:** | **$587.60** |
| PRINCIPAL & INTEREST | $480.87 |
| ESCROW PAYMENT | $103.22 |
| SHORTAGE PAYMENT | $3.51 |

| Effective 06/01/22, You Must Pay... | |
|---|---|
| **New Monthly Payment:** | **$585.03** |
| PRINCIPAL & INTEREST | $480.87 |
| ESCROW PAYMENT | $104.16 |

**Your new total monthly payment is $585.03 effective with your 06/01/2022 payment**

| Anticipated Activity From 06/01/21 |
|---|
| This table illustrates anticipated activity at the time of your last escrow analysis. |

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Required Escrow Balance |
|---|---|---|---|---|
| | | | Starting Balance | $309.72 |
| Jun 2021 | $103.22 | $0.00 | | $412.94 |
| Jul 2021 | $103.22 | $0.00 | | $516.16 |
| Aug 2021 | $103.22 | $0.00 | | $619.38 |
| Sep 2021 | $103.22 | ($319.00) | CONDO H06 | $403.60 |
| Oct 2021 | $103.22 | $0.00 | | $506.82 |
| Nov 2021 | $103.22 | $0.00 | | $610.04 |
| Dec 2021 | $103.22 | $0.00 | | $713.26 |
| Jan 2022 | $103.22 | $0.00 | | $816.48 |
| Feb 2022 | $103.22 | $0.00 | | $919.70 |
| Mar 2022 | $103.22 | $0.00 | | $1,022.92 |
| Apr 2022 | $103.22 | ($919.70) | COUNTY TAX | $206.44 |
| May 2022 | $103.22 | $0.00 | | $309.66 |
| **Total** | **$1,238.64** | **$1,238.70** | | |

| Actual Activity From 06/01/21 |
|---|
| This table illustrates actual activity of payments to and from your escrow account since your last escrow analysis. |

| Date | Actual Payments To Escrow | Actual Payments From Escrow | Bill Description | Actual Escrow Balance |
|---|---|---|---|---|
| | | | Starting Balance | $267.53 |
| Jun 2021 | $106.73 | $0.00 | | $374.26 |
| Jul 2021 | $106.73 | $0.00 | | $480.99 |
| Aug 2021 | $106.73 | ($330.25) | CONDO H06 | $257.47 |
| Sep 2021 | $106.73 | $0.00 | | $364.20 |
| Oct 2021 | $106.73 | $0.00 | | $470.93 |
| Nov 2021 | $106.73 | $0.00 | | $577.66 |
| Dec 2021 | $106.73 | $0.00 | | $684.39 |
| Jan 2022 | $106.73 | $0.00 | | $791.12 |
| Feb 2022 | $106.73 | $0.00 | | $897.85 |
| Mar 2022 | $106.73 | ($97.54) | ESCROW SURPLUS | $907.04 |
| Apr 2022 | $0.00 | $0.00 | | $907.04 |
| May 2022 | $0.00 | $0.00 | | $907.04 |
| **Total** | **$1,067.30** | **$427.79** | | |

Due to the timing of your escrow analysis, the last month of actual activity may reflect $0.00 to Escrow. However, for the purpose of your analysis, we include any scheduled payments to and from escrow in the calculation.

WA

## Anticipated Activity for the Next 12 months

This table illustrates anticipated payments into escrow and disbursements from escrow over the next 12 months.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Bill Description | Anticipated Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | $410.05 | $312.51 |
| June 2022 | $104.16 | $0.00 | | $514.21 | $416.67 |
| July 2022 | $104.16 | $0.00 | | $618.37 | $520.83 |
| August 2022 | $104.16 | $0.00 | | $722.53 | $624.99 |
| September 2022 | $104.16 | ($330.25) | CONDO H06 | $496.44 | $398.90 |
| October 2022 | $104.16 | $0.00 | | $600.60 | $503.06 |
| November 2022 | $104.16 | $0.00 | | $704.76 | $607.22 |
| December 2022 | $104.16 | $0.00 | | $808.92 | $711.38 |
| January 2023 | $104.16 | $0.00 | | $913.08 | $815.54 |
| February 2023 | $104.16 | $0.00 | | $1,017.24 | $919.70 |
| March 2023 | $104.16 | $0.00 | | $1,121.40 | $1,023.86 |
| April 2023 | $104.16 | ($919.70) | COUNTY TAX | $305.86 | $208.32 |
| May 2023 | $104.16 | $0.00 | | $410.02 | $312.48 |
| **Total** | **$1,249.92** | **$1,249.95** | | | |

### How We Calculate Your Surplus or Shortage

- The **anticipated starting balance** for the upcoming 12 month period is $410.05. The **required escrow balance** is $312.51, and reflects what your escrow balance must be to ensure your account does not fall below the minimum required balance (**escrow cushion**) over the next 12 months.
- An **escrow cushion** is a required reserve amount set by the Real Estate Settlement and Procedures Act (RESPA) and cannot exceed 1/6th of your total annual escrow expenses, excluding mortgage insurance premiums, unless state law specifies a lower amount.
- Your **escrow cushion** is $208.32
- Subtract the anticipated escrow balance from the required escrow balance to determine your escrow surplus or shortage.

### Escrow Payment Calculation

(1) Divide total annual expenses, $1,249.95, by 12 to determine the unadjusted escrow payment. This is the base amount that must be paid into your escrow account each month to meet all expense obligations.
(2) **Your account also contains a surplus of $97.54.**
(3) Your total escrow payment is $104.16 and is required to be paid with your total monthly mortgage payment.

| | | | | |
|---|---|---|---|---|
| Unadjusted escrow payment (1/12th of your total annual expenses) | $104.16 | PRINCIPAL & INTEREST | $480.87 |
| | | ESCROW PAYMENT | $104.16 |
| Surplus Reduction | $0.00 | SURPLUS REDUCTION | $0.00 |
| Total Escrow Payment | $104.16 | **New Monthly Payment** | **$585.03** |

Gateway Mortgage, a division of Gateway First Bank. Member FDIC. Equal Housing Lender. NMLS 7233. Maryland Mortgage Lender License 19468.

WA

THIS DOCUMENT CONTAINS SECURITY SCREENS ON WHITE PAPER, MICROPRINTING IN SIGNATURE LINE, AND A TRUE WATERMARK IN PAPER - HOLD UP TO LIGHT TO VIEW

**Gateway FIRST BANK**
244 South Gateway Place
Jenks, OK 74037-3448

Loan Number: ▉▉▉▉
Mortgagor Name: NANCY GAIL WADE

| CHECK NO. | DATE |
|---|---|
| ▉▉▉▉ | 3/31/2022 |
| AMOUNT | |
| $97.54 | |

**FOR PAYMENT OF ESCROW TO MORTGAGOR**

Void after 180 days

Pay to the Order Of  NANCY GAIL WADE

NINETY SEVEN DOLLARS AND FIFTY FOUR CENTS.

